UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:   Chapter 13
Case No. 13-12601-MER

ANDREW JOSEPH SCHEER fmem First Family LLP fmem Knight Esq ods Scheer Enterprises, Inc. and TAMBERLEE LYNN SCHEER fmem First Family, LLC ods Scheer Enterprises, Inc. aka Tamberlee Lynn Utecht, **Debtors,**

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST, SERIES 2012-9, Successors, Assigns, Servicers, Investors and Trustees,  **Creditor.**

---

## OBJECTION TO AMENDED DISCLOSURE STATEMENT AND AMENDED PLAN

---

COMES NOW, U.S. Bank National Association, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-9 ("US Bank"), by and through its attorneys, Aronowitz & Mecklenburg, LLP, for its Objection to the Amended Disclosure Statement and Amended Plan in this matter, and in support thereof, states as follows:

1. On May 24, 2007, Debtor, Andrew J. Scheer, executed a Fixed Rate Mortgage Note in the original principal amount of $119,000 payable to World Savings Bank, FSB, its successors, assignees, and/or transferees ("Note").

2. On same date, Debtor, Andrew J. Scheer, executed a deed of trust ("Deed of Trust") securing the Note and encumbering the real property commonly known as 1035 Tennyson Street, Denver, CO 80204 (the "Property").

3. Subsequent to the execution of the Note and Deed of Trust, the Note was transferred to US Bank.

4. On February 26, 2013, Andrew Scheer and Tamberlee Utecht ("Debtors") filed Chapter 13 Bankruptcy in the United states Bankruptcy Court for the District of Colorado.

5. On June 3, 2013, Debtors converted the instant case from Chapter 13 to Chapter 11.

6. On January 28, 2014, Debtors filed their Amended Disclosure Statement with exhibits, including the Amended Plan filed as Exhibit A [docket number 141].

7. U.S. Bank is a creditor of the Debtors and may file an objection to a disclosure statement and be heard. *In re Kehn Ranch, Inc.,* 41 B.R. 832 (Bkrtcy.D.S.D., 1984).

8. The original terms of the Note include an interest rate of 8.10% fixed.

9. The original terms of the Note further provide for a maturity date of June 1, 2037.

10. In Debtors' Amended Disclosure Statement, Debtors list the Property and subject loan held by U.S. Bank as Class 3(b).

11. Pursuant to the Amended Disclosure Statement, Class 3(b) intends to impair the secured lien held by U.S. Bank as follows: i) U.S. Bank's secured claim will be limited to the Debtors' unsupported valuation of the collateral in the amount of $128,044; ii) the interest rate will be reduced to 5.25% fixed; and iii) the term will be shortened to a maturity date of December 1, 2033.

12. The Debtors' Amended Plan, attached to the Amended Disclosure Statement as Exhibit A, does not treat U.S. Bank's loan.

13. Consequently, it appears that Debtors are attempting to modify and impair U.S. Bank's loan through the Amended Disclosure Statement rather than the Amended Plan. Accordingly, U.S. Bank objects to the Amended Plan and the Amended Disclosure Statement.

14. U.S. Bank objects to the valuation of the Property at $128,044 and the proposed cram-down of U.S. Bank's lien to that value. Creditor has obtained a broker price opinion ("BPO") dated March 25, 2013, of the Property indicating a property value of $145,000.00. A copy of the BPO is attached hereto and incorporated herein by reference. U.S. Bank maintains that the value of the Property is at least $145,000.00 and is in the process of obtaining an interior appraisal of the Property in order to determine the current value of the Property.

15. 11 U.S.C. §1129(a)(7) provides, in pertinent part, that the holder of each impaired class of secured claims "will receive or retain under the plan on account of such claim or interest property of a value, as of the effective date of the plan, that is not less than the amount that such holder would so receive or retain if the debtor were liquidated under Chapter 7 of this title on such date[.]"

16. Here, the Amended Disclosures and Amended Plan do not provide for U.S. Bank to receive the value U.S. Bank would receive if the Debtors were liquidated pursuant to Chapter 7. Specifically, the liquidation value is significantly less than the value of the impaired claim to U.S. Bank listed in the Amended Disclosures.

17. Moreover, U.S. Bank objects to the proposed modification of the interest rate on the Note to anything less than market rate for a bankruptcy debtor. U.S. Bank objects that 5.25% is a market rate of interest for a non-residential or investment property. *In re Hardzog*, 901 F.2d 858, 860 (10th Cir. 1990) (the most appropriate interest rate is the market rate).

18. Additionally, any proposed plan will need to address post-petition advances made

by U.S. Bank since the bankruptcy was filed but have not been paid by the Debtors.

19. U.S. Bank reserves the right to modify or amend its Objection as necessary.

WHEREFORE, for the reasons articulated above, U.S. Bank respectfully requests this Court DISAPPROVE the Debtors' Amended Disclosure Statement and Amended Plan, along with such other and further relief as the Court deems appropriate.

DATED: 3/10/14

ARONOWITZ & MECKLENBURG, LLP

Stacey L. Aronowitz, No. 36290
Catherine A. Hildreth, No. 40975
Lauren E. Tew, No. 45041
1199 Bannock Street
Denver, Colorado 80204
Telephone: (303) 813-1177
Telecopier: (303) 813-1107
Email Address: bk@amlawco.com

E-FILED ORIGINAL

Document to be retained in file of Aronowitz & Mecklenburg, LLP

### Certificate of Service

I hereby certify that true and correct copies of the foregoing were duly mailed, postage prepaid, on 3/10/14, to the following:

Stephen E. Berken
1159 Delaware St
Denver, CO 80204

Paul Moss
999 18th Street
Ste. 1551
Denver, CO 80202

US Trustee
999 18th Street
Ste. 1551
Denver, CO 80202

Andrew Joseph Scheer
Tamberlee Lynn Scheer
1846 South Yank Place
Lakewood, CO 80228

Andrea Cox

-3-

# BROKER PRICE OPINION

## ORDER DETAIL

| | | | | | |
|---|---|---|---|---|---|
| Date Ordered | 03/22/2013 | Address | 1035 Tennyson St | Order # | CM3-22 9.27 |
| Inspection | Exterior | City | Denver | Cost Center | |
| Loan # | | County, State | Denver, CO | Ordered By | Brandon Hur |
| 2nd Loan # | STW7000036382-001 | Zip | 80204 | Inspection Date | 03/25/2013 |
| Borrower | Scheer | Parcel # | | Completed | 03/25/2013 |
| HOA | NO | Name | | Phone | -- | Dues | | Monthly | Annually |

## SUBJECT PROPERTY

| | MLS # | Agent Name | Agent Phone | DOM | List $ | Sale $ | Sale/Exp Date |
|---|---|---|---|---|---|---|---|
| Currently Listed | | | -- | | | | |
| Prev Listed | M1066177 | RICK DIRE | 720-260-9979 | 121 | $125,000 | | 06/10/2012 |
| Prev Sold | | | -- | | | | |

## SUBJECT DETAIL

| Property Type | Cond | Sq Ft | Bsmt | Total Rms | Bd | Bth | Gar | Lot | Age | Pool | Spa | Occupied | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Single Fam Attached | Avg | 1454 | None | 6 | 3 | 2.5 | 0 | 3099 | 7 | N | N | Occ | MLS |
| Subj Condition | Newer build in area with much older homes, average building quality, nonconforming | | | | | | | | | | | | |

## COMPARABLE SALES

| Address | Cond | Sq Ft | Bsmt | Total Rms | Bd | Bth | Gar | Lot | Age | Pool | Spa | DOM | List $ | Sale $ | Sale Date | Data Source | Dist |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1442 King St , Denver, CO | Good | 1065 | None | 6 | 3 | 2 | 0 | 4598 | 14 | N | N | 27 | $158,000 | $152,000 | 01/25/13 | MLS | 0.7 |
| 1283 Benton St , Denver, CO | Avg | 1150 | Fin | 5 | 2 | 2.5 | 0 | 0 | 30 | N | N | 18 | $144,500 | $133,400 | 12/14/12 | MLS | 0.6 |
| 1295 Benton St , Denver, CO | Avg | 1150 | Fin | 5 | 2 | 2.5 | 0 | 0 | 30 | N | N | 489 | $149,000 | $140,000 | 03/08/13 | MLS | 0.6 |
| Comp 1 | MLS #M1144178, arm's length transaction, FHA financed | | | | | | | | | | | | | | | | |
| Comp 2 | MLS #M1132616, arm's length transaction, FHA financed with $2700 seller concessions | | | | | | | | | | | | | | | | |
| Comp 3 | MLS #M1156321, corp owned sale, conventional financing with $2800 seller concessions | | | | | | | | | | | | | | | | |

## COMPARABLE LISTINGS

| Address | Cond | Sq Ft | Bsmt | Total Rms | Bd | Bth | Gar | Lot | Age | Pool | Spa | DOM | Original List $ | Current List $ | List Date | Data Source | Dist |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 670 Winona Ct , Denver, CO | Good | 1068 | Part Fi | 6 | 3 | 2.5 | 0 | 0 | 30 | N | N | 41 | $129,900 | $129,900 | 02/12/13 | MLS | 0.4 |
| 1708 Depew St , Denver, CO | Aver | 1327 | None | 5 | 2 | 2.5 | 1 | 0 | 13 | N | N | 371 | $165,000 | $145,000 | 03/19/12 | MLS | 1 |
| 1934 Depew St , Denver, CO | Aver | 1302 | None | 6 | 3 | 2.5 | 2 | 0 | 12 | N | N | 2 | $130,000 | $130,000 | 01/21/13 | MLS | 1.1 |
| Comp 1 | MLS #M1160815, regular owner sale, under contract, remodeled throughout and finished living area in basement | | | | | | | | | | | | | | | | |
| Comp 2 | MLS #M1146511, REO sale pending | | | | | | | | | | | | | | | | |
| Comp 3 | MLS #M1155082, regular owner sale pending | | | | | | | | | | | | | | | | |

## MARKET CONDITIONS

| | | | | | |
|---|---|---|---|---|---|
| Neighborhood Density | ☐ Rural | | ☐ Suburban | | [X] Urban |
| Neighborhood Values | [X] Increasing | | ☐ Decreasing | | ☐ Stable |
| Local Economy | ☐ Strong | | ☐ Depressed | | [X] Stable |
| Housing Supply | [X] Shortage | | ☐ Surplus | | ☐ In Balance |
| Competing New Construction | ☐ Yes | | [X] No | | |
| Neighborhood Value Range | Low $50,000 | | High $600,000 | | |
| Comment on Supply for Market | Limited inventory creating multiple offer situations and rising prices | | | | |
| Comment on Demand for Market | Demand exceeds supply in this price range | | | | |

## SUBJECT MARKETABILITY

| | |
|---|---|
| Describe Subject Neighborhood | Mostly homes 50-100 years old, urban, close to new light rail line and half mile to freeway |
| Overall Cond Compared to Nbhd | Average to slightly superior due to age, also larger above ground square footage than average house |
| Positive Features | Newer build, convenient location, modern floor plan |
| Negative Features | Small yard, attached |
| Exterior Repairs/Clean-up | Siding shows horizontal dent that extends across the entire unit | Est. Repair Cost | $5,000 |

## ESTIMATED LIST/SELL PRICE (SALES COMPARISON APPROACH)

| | Suggested List Price | Projected Sales Price | Avg Mktg Time |
|---|---|---|---|
| Quick Sale | $135,000 | $130,000 | 30 |
| As Is | $145,000 | $140,000 | 120 |
| Repaired | $150,000 | $145,000 | 90 |
| Comments | Tenant occupied per MLS. Due to lack of newer built attached homes it was necessary to expand search criteria for size, age and distance to find comparables. Siding appears separated across the entire length of both visible sides of structure. Recommend consulting with expert to find extent of repair costs. Estimate for this BPO is just for exterior and cosmetic repair. | | |

## AGENT INFORMATION

| | | | |
|---|---|---|---|
| Prepared By | Leslie Lowery-Abate | Office / Address | c/o Your Castle Real Estate 3360 Valentia St Denver, CO 80238 |
| Years of Experience | 6 | Phone | 303-931-4672 |
| Fax | 303-931-4672 | Email | loweryleslie@gmail.com |

## QC REVIEW

Approved

**SUBJECT EXTERIOR**

| | |
|---|---|
| Loan #: | |
| 2nd Loan #: STW7000036382-001 | |
| Address: 1035 Tennyson St | |



Front View

Right Side View

Left Side View

SUBJECT EXTERIOR



## COMP SALE

| Loan #: | |
|---|---|
| 2nd Loan #: STW7000036382-001 | |
| Address: 1035 Tennyson St | |



Comp Sale #1

Comp Sale #2

Comp Sale #3

## COMP LISTING

| | |
|---|---|
| Loan #: | |
| 2nd Loan #: STW7000036382-001 | |
| Address: 1035 Tennyson St | |



Comp Listing #1

Comp Listing #2

Comp Listing #3

## PROPERTY MAP

Loan #:
2nd Loan #: CM3-22 9.27
Address: 1035 Tennyson St



| | Comp Sale |
|---|---|
| 1 | 1442 King St , Denver, CO |
| 2 | 1283 Benton St , Denver, CO |
| 3 | 1295 Benton St , Denver, CO |

| | Comp Listing |
|---|---|
| 4 | 670 Winona Ct , Denver, CO |
| 5 | 1708 Depew St , Denver, CO |
| 6 | 1934 Depew St , Denver, CO |

Goodman Dean Corporate Real Estate Services
10833 Valley View, Suite 500, Cypress, CA 90630 - 714 229-8999 - Fax 714-229-9143 - E-Mail bpo@goodmandean.com

**Status Conditions:**
**Approval Conditions:** N/A          **Seller Type:**  Individual




## SqFt & Living Space

| | | | | | | |
|---|---|---|---|---|---|---|
| Upper SqFt: | | | Kitchen: | | Basement: | None |
| Main SqFt: | 1,065 | | Dining Rm: | | Bsmt Fin: | % |
| Lower SqFt: | | PSF | Living Rm: | | Date Measured: | 10/04/11 |
| SqFt: | 1,065 | $143 | Mstr Bed: | M | Measured By: | Appraiser Measured |
| Bsmt SqFt: | | | Family Rm: | M | | |
| Total SqFt: | 1,065 | | Study/Den: | M | Walk Score ™: | 63 |
| Fin SqFt: | 1,065 | $143 | Laundry Loc: | M | | |
| Upper Beds: | | | Upper Baths: | | | |
| Main Beds: | 3 | | Main Baths: | 2 | FF | |
| Lower Beds: | | | Lower Baths: | | | |
| Bsmt Beds: | | | Bsmt Baths: | | | |
| Bedrooms: | 3 | | Bathrooms: | 2 | | |
| Car Storage: | Off Street | | | | Fireplace Loc: | |
| Car Spaces: | 2 | | | | # of Fireplaces: | |

## Structural & Land Features

| | | | |
|---|---|---|---|
| Type: | Attached Single Family (Duplex,Triplex) | Year Built: | 1999 |
| Style: | Ranch/1 Story | Lot Size: | 4598 |
| Architecture: | Other | Acres: | |
| Construction: | Frame | | |
| Builder: | | | |
| Model: | Townhome | | |
| Roofing: | Composition Shingles | | |
| Subfloor: | | | |
| Horses: | | | |

## Property Features

**Description:** Air Condition-Central,Cable Available,Ceiling Fan,Cable Installed,Dishwasher,Eating Space/Kitchen,Fence,Master Bathroom,Newer Carpet,Newer Paint,Refrigerator,Remodeled,RV Parking,Self-Cleaning Oven,Stove/Range/Oven,Updated,Wood Floors,Walk-In Closets

**Public Remarks:** Walking distance to the new light rail. This 3 bedrooms, 2 bath town home has the perfect sized fenced in yard. Master bedroom new carpeting, master bath remodeled. Newer flooring throughout,- airconditioner, sprinkler system, fencing,sod, detached patio,gate, granite tile countertops all updated. All the kitchen appliances stay

**Broker Remarks:** Lock box on gate - Please take off shoes or wipe feet and leave a card.

## Location Information

| | | | | | |
|---|---|---|---|---|---|
| County: | Denver | N/S Dir/Num: | North 1500 | Map/Section: | 283 K |
| PIN: | 680405208030000 | E/W Dir/Num: | West 3500 | Faces: | North |
| Area: | DSW Denver Southwest | Unincorporated: | | Zoned: | G-RH-3 |
| Sub Area: | COLFAX AVENUE SUBDIVISION OF | | | Taxes: | $514 |
| Directions: | Colfax, South on King | | | | |

© 1998-2013 Metrolist, Inc. All rights reserved. Powered by Microsoft Virtual Earth. All information is subject to change and should be independently verified.

**Status Conditions:**
**Approval Conditions:** N/A       **Seller Type:** Individual




## SqFt & Living Space

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Upper SqFt: | 1,150 | | Kitchen: | | Basement: | Full | |
| Main SqFt: | | | Dining Rm: | | Bsmt Fin: | Fully (100)% | |
| Lower SqFt: | | PSF | Living Rm: | | Date Measured: | 09/28/12 | |
| SqFt: | 1,150 | $116 | Mstr Bed: | | Measured By: | County Records | |
| Bsmt SqFt: | 550 | | Family Rm: | | | | |
| Total SqFt: | 1,700 | | Study/Den: | | Walk Score ™ : | 62 | |
| Fin SqFt : | 1,700 | $78 | Laundry Loc: | L | | | |
| Upper Beds: | 2 | | Upper Baths: | 1 | F | | |
| Main Beds: | | | Main Baths: | 1 | H | | |
| Lower Beds: | | | Lower Baths: | | | | |
| Bsmt Beds: | 2 | | Bsmt Baths: | 1 | F | | |
| Bedrooms: | 4 | | Bathrooms: | 3 | | | |
| Car Storage: | Off Street,None,Reserved | | | | Fireplace Loc: | Living Room | |
| Car Spaces: | 1 | | | | # of Fireplaces: | 1 | |

## Structural & Land Features

| | |
|---|---|
| Type: | Townhouse |
| Style: | Two Story |
| Architecture: | |
| Construction: | Frame, Other |
| Builder: | |
| Model: | |
| Roofing: | Composition Shingles |
| Subfloor: | |
| Year Built: | 1983 |
| Level: | GR |
| Unit on End: | |

## Property Features

**Description:** Cable Available,Deck,Disposal,Dishwasher,Eating Space/Kitchen,Fence,Kitchen Island,Microwave Oven,Newer Carpet,Newer Paint,Quick Possession,Refrigerator,Remodeled,Smoke Alarm,Self-Cleaning Oven,Stove/Range/Oven,Tile Floor,Washer,Wood Floors,Yard

**Public Remarks:** Great remodeled Townhouse. New Paint. New Carpet. New Tile. Remodeled bathrooms(new sinks and toilets). New Vanities. Granite tile counter tops. Tiled back splash. Newer Roof. Great location very close to new light rail station. Close to downtown and 6th avenue shops and restaurants.

**Broker Remarks:** Tenant occupied. Call Centralized showing courtesy call for showings.

## Location Information

| | | | | | |
|---|---|---|---|---|---|
| County: | Jefferson | N/S Dir/Num: | North | Map/Section: | 282 M |
| PIN: | 690401113010 | E/W Dir/Num: | West | Faces: | West |
| Area: | JFC Jeff Central | Unincorporated: | Yes | Taxes: | $768 |
| Sub Area: | BENTON STREET TOWNHOUSES | | | | |
| Name: | Benton Street Townhomes | | | | |
| Directions: | From 6th Avenue and Sheridan. North on Sheridan to 14th. West two blocks to property. Parking in rear or front of unit | | | | |

1295 BENTON ST
Lakewood, Colorado 80214

List/Sold: $149,000 / $140,000

**Status Conditions:**
**Approval Conditions:** N/A      **Seller Type:**   Corporation/Trust




## SqFt & Living Space

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Upper SqFt: | | | Kitchen: | | Basement: | Full | |
| Main SqFt: | | | Dining Rm: | | Bsmt Fin: | Fully (100)% | |
| Lower SqFt: | | PSF | Living Rm: | | Date Measured: | | |
| SqFt: | 1,150 | $122 | Mstr Bed: | U | Measured By: | | |
| Bsmt SqFt: | 550 | | Family Rm: | | | | |
| Total SqFt: | 1,700 | | Study/Den: | | Walk Score ™ : 54 | | |
| Fin SqFt : | 1,700 | $82 | Laundry Loc: | B | | | |
| Upper Beds: | 2 | | Upper Baths: | 1 | F | | |
| Main Beds: | | | Main Baths: | 1 | H | | |
| Lower Beds: | | | Lower Baths: | | | | |
| Bsmt Beds: | 2 | | Bsmt Baths: | 1 | F | | |
| Bedrooms: | 4 | | Bathrooms: | 3 | | | |
| Car Storage: | Off Street | | | | Fireplace Loc: | Living Room | |
| Car Spaces: | 2 | | | | # of Fireplaces: | 2 | |

## Structural & Land Features

| | | | |
|---|---|---|---|
| Type: | Attached Single Family (Duplex,Triplex) | Year Built: | 1983 |
| Style: | Two Story | Lot Size: | |
| Architecture: | | Acres: | |
| Construction: | VinylSiding, Frame/Rock | | |
| Builder: | | | |
| Model: | | | |
| Roofing: | Composition Shingles | | |
| Subfloor: | | | |
| Horses: | | | |

## Property Features

**Description:** Double Oven,Disposal,Dishwasher,Fireplace Insert,Microwave Oven,Refrigerator,Remodeled,Stove/Range/Oven,Washer,Wall to Wall Carpet
**Public Remarks:** TOTAL REMODELI, CONVENIENTLY LOCATED(WALKING DISTANCE TO THE NEW SHERIDAN STATION/WEST CORRIDOR). NICE LIVING ROOM WITH A FIREPLACE, 4 BEDROOMS WITH SEPARATE HEATER AND BIG WALK-IN CLOSETS, NEW DOUBLE PANE WINDOWS, FINISHED WOOD FLOORS, NEW TILE IN BATHROOMS, OPEN KITCHEN WITH APPLIANCES INCLUDED, LARGE PATIO, FINISHED BASEMENT, 2 PARKING SPACES. A MUST SEE! CALL TODAY TO SET A PRIVATE SHOWING
**Broker Remarks:** VACANT AND EASY TO SHOW, BRING AN OFFER, NEED PROOF OF FUNDS AND LENDER LETTER WITH OFFER. CTM USER.

## Location Information

| | | | | | | |
|---|---|---|---|---|---|---|
| County: | Jefferson | N/S Dir/Num: | North 1295 | Map/Section: | 282 M | |
| PIN: | 690401113004 | E/W Dir/Num: | West 5400 | Faces: | | |
| Area: | JFC Jeff Central | Unincorporated: | | Zoned: | TMU-HDR | |
| Sub Area: | BENTON STREET TOWNHOUSES | | | Taxes: | $759 | |

© 1998-2013 Metrolist, Inc. All rights reserved. Powered by Microsoft Virtual Earth. All information is subject to change and should be independently verified.    03/25/13
Page 1 of 2

**Status Conditions:** Accepting Offers
**Approval Conditions:** N/A  **Seller Type:** Individual




## SqFt & Living Space

| | | | | | | |
|---|---|---|---|---|---|---|
| Upper SqFt: | | | Kitchen: | | Basement: | Partial |
| Main SqFt: | | | Dining Rm: | | Bsmt Fin: | Partially (95)% |
| Lower SqFt: | | PSF | Living Rm: | | Date Measured: | |
| SqFt: | 1,068 | $122 | Mstr Bed: | U | Measured By: | County Records |
| Bsmt SqFt: | 456 | | Family Rm: | B | | |
| Total SqFt: | 1,524 | | Study/Den: | | Walk Score ™ : | 52 |
| Fin SqFt : | 1,468 | $88 | Laundry Loc: | B | | |
| Upper Beds: | 2 | | Upper Baths: | 1 | F | |
| Main Beds: | 1 | | Main Baths: | 1 | H | |
| Lower Beds: | | | Lower Baths: | | | |
| Bsmt Beds: | | | Bsmt Baths: | 1 | T | |
| Bedrooms: | 3 | | Bathrooms: | 3 | | |
| Car Storage: | Off Street | | | | Fireplace Loc: | |
| Car Spaces: | 2 | | | | # of Fireplaces: | |

## Structural & Land Features

| | | | |
|---|---|---|---|
| Type: | Condominium | Year Built: | 1983 |
| Style: | Two Story | Level: | GR |
| Architecture: | Traditional | Unit on End: | Yes |
| Construction: | Frame | | |
| Builder: | | | |
| Model: | | | |
| Roofing: | Composition Shingles | | |
| Subfloor: | | | |

## Property Features

| | |
|---|---|
| Description: | Cable Available,Dryer,Disposal,Dishwasher,Eating Space/Kitchen,Pet Free,Refrigerator,Smoke Alarm,Smoke Free,Stove/Range/Oven,Updated,Washer,Wall to Wall Carpet |
| Public Remarks: | VERY NICE UNIT IN A VERY NICE COMPLEX! 24 HOUR NOTICE TO SHOW AND WORTH IT! MAIN LEVEL HAS LIVING ROOM, KITCHEN,EATING SPACE, HALF BATH, CLOSET, AND A BEDROOM THAT COULD BE STUDY.  UPPER LEVEL HAS 2 BEDROOMS, FULL BATH AND CLOSET.  BASEMENT HAS BEEN RECENTLY FINISHED WITH A 3/4 BATH, LAUNDRY AREA AND A ROOM THAT COULD BE USED AS A BEDROOM OR FAMILY ROOM.  THERE IS PROPER EGRESS. EASY ACCESS TO LIGHT RAIL COMING. |
| Broker Remarks: | LOCK BOX ON FRONT RAILING. TENANT VACATING END OF MARCH. 24 HOUR NOTICE TO SHOW.  SHOWS WELL. |

## Location Information

| | | | | | |
|---|---|---|---|---|---|
| County: | Denver | N/S Dir/Num: | North 670 | Map/Section: | 283 N |
| PIN: | 680406600162162 | E/W Dir/Num: | West 4700 | Faces: | West |
| Area: | DSW Denver Southwest | Unincorporated: | Yes | Taxes: | $621 |
| Sub Area: | WINONA GARDENS CONDOMINIUMS | | | | |
| Name: | WINONA GARDENS | | | | |

© 1998-2013 Metrolist, Inc. All rights reserved. Powered by Microsoft Virtual Earth. All information is subject to change and should be independently verified.

**Status Conditions:** Accepting Offers
**Approval Conditions:** Short Sale            **Seller Type:** Individual

            

## SqFt & Living Space

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Upper SqFt: | | | Kitchen: | 7x7 | | Basement: | None |
| Main SqFt: | | | Dining Rm: | 12x9 | | Bsmt Fin: | % |
| Lower SqFt: | | PSF | Living Rm: | 17x12 | | Date Measured: | |
| SqFt: | 1,327 | $109 | Mstr Bed: | 12x12 | U | Measured By: | |
| Bsmt SqFt: | | | Family Rm: | | | | |
| Total SqFt: | 1,327 | | Study/Den: | | | Walk Score ™ : | 71 |
| Fin SqFt : | 1,327 | $109 | Laundry Loc: | | M | | |
| Upper Beds: | 2 | | Upper Baths: | 2 | FT | | |
| Main Beds: | | | Main Baths: | 1 | H | | |
| Lower Beds: | | | Lower Baths: | | | | |
| Bsmt Beds: | | | Bsmt Baths: | | | | |
| Bedrooms: | 2 | | Bathrooms: | 3 | | | |
| Car Storage: | Garage | | | | | Fireplace Loc: | |
| Car Spaces: | 1 | | | | | # of Fireplaces: | |

## Structural & Land Features

| | | | |
|---|---|---|---|
| Type: | Townhouse | Year Built: | 2000 |
| Style: | Two Story | Level: | |
| Architecture: | Traditional | Unit on End: | |
| Construction: | Frame | | |
| Builder: | | | |
| Model: | | | |
| Roofing: | Composition Shingles | | |
| Subfloor: | | | |

## Property Features

**Description:** Air Condition-Central,Cable Available,Ceiling Fan,Disposal,Dishwasher,Garage Door Opener,Master Bathroom,Microwave Oven,Newer Carpet,Patio,Quick Possession,Stove/Range/Oven,Tile Floor,Wood Floors,Wall to Wall Carpet
**Public Remarks:** Beautiful hickory hardwood floors, Stainless steel applainces and Berber carpet. Guest bedroom is huge 20 X 9. Master bedroom is larger than measured (See Pics).
**Broker Remarks:** Master much larger than measured (7 X 7 nook). Please see pics. Showing by appointment only.

## Location Information

| | | | | | |
|---|---|---|---|---|---|
| County: | Jefferson | N/S Dir/Num: | North | Map/Section: | 282 H |
| PIN: | 690336401043 | E/W Dir/Num: | West | Faces: | West |
| Area: | JFC Jeff Central | Unincorporated: | Yes | Taxes: | $931 |
| Sub Area: | MANHATTAN BEACH & AMENDED | | | | |
| Name: | Manhattan Beach | | | | |
| Directions: | See Map | | | | |

## Utilities

 © 1998-2013 Metrolist, Inc. All rights reserved. Powered by Microsoft Virtual Earth. All information is subject to change and should be independently verified.

Edgewater, Colorado 80214 List: $130,000
**Status Conditions:** Not Accepting Showings
**Approval Conditions:** Short Sale  **Seller Type:** Individual




## SqFt & Living Space

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Upper SqFt: | | | Kitchen: | | Basement: | None | |
| Main SqFt: | | | Dining Rm: | | Bsmt Fin: | % | |
| Lower SqFt: | | PSF | Living Rm: | | Date Measured: | | |
| SqFt: | 1,302 | $100 | Mstr Bed: | U | Measured By: | County Records | |
| Bsmt SqFt: | | | Family Rm: | | | | |
| Total SqFt: | 1,302 | | Study/Den: | | Walk Score ™ : | 80 | |
| Fin SqFt : | 1,302 | $100 | Laundry Loc: | M | | | |
| Upper Beds: | 3 | | Upper Baths: | 2 | FF | | |
| Main Beds: | | | Main Baths: | 1 | H | | |
| Lower Beds: | | | Lower Baths: | | | | |
| Bsmt Beds: | | | Bsmt Baths: | | | | |
| Bedrooms: | 3 | | Bathrooms: | 3 | | | |
| Car Storage: | Garage | | | | Fireplace Loc: | | |
| Car Spaces: | 2 | | | | # of Fireplaces: | | |

## Structural & Land Features

| | | | |
|---|---|---|---|
| Type: | Townhouse | Year Built: | 2001 |
| Style: | Two Story | Level: | |
| Architecture: | Contemporary | Unit on End: | |
| Construction: | Frame/Brick | | |
| Builder: | | | |
| Model: | | | |
| Roofing: | | | |
| Subfloor: | | | |

## Property Features

**Description:** Air Condition-Central,Cable Installed,Disposal,Dishwasher,Formal Dining,Master Bathroom,Microwave Oven,Patio,Window Coverings,Walk-In Closets

**Public Remarks:** Great Price & Fantastic Location! 2 Blocks West of Sloans Lake and all the shops! Spacious with a great floorplan. Faces a courtyard plus has a private patio and a 2-car garage! Needs a little TLC but is priced accordingly.

**Broker Remarks:** Short Sale Price not yet approved by bank. Bank needs an offer by Feb. 11th.

## Location Information

| | | | | | |
|---|---|---|---|---|---|
| County: | Jefferson | N/S Dir/Num: | North 1900 | Map/Section: | 282 H |
| PIN: | 690336401088 | E/W Dir/Num: | West 5600 | Faces: | South |
| Area: | JFC Jeff Central | Unincorporated: | No | Taxes: | $696 |
| Sub Area: | MANHATTAN BEACH PH II | | | | |
| Name: | Manhattan Beach | | | | |
| Directions: | From 20th/Sheridan go 2 Blocks West to Depew Street. Turn left & park on Depew. Home is on left side right after the Post Office. Walk North Driveway, turn right into complex-second unit on left. | | | | |