UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re:<br>ANDREW JOSEPH SCHEER and TAMBERLEE LYNN<br>SCHEER,<br>Debtors | Case No: | 13-12601-MER |
| | Chapter | 11 |

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
FOR STANWICH MORTGAGE LOAN TRUST, SERIES
2012-9 and its SUCCESSORS, ASSIGNS, SERVICERS,
TRUSTEES AND INVESTORS,
Creditor

## OBJECTION TO DEBTORS' AMENDED PLAN OF REORGANIZATION

COMES NOW, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST, SERIES 2012-9 (Creditor), by and through its attorneys, Janeway Law Firm, P.C., and hereby objects to the Debtors' Amended Plan of Reorganization filed October 2, 2014 pursuant to 11 U.S.C. § 1128(b). As grounds for this objection, Creditor states as follows:

1.  On or about May 24, 2007, Debtor Andrew Scheer signed a Promissory Note (the "Note") in the amount of $119,000, payable to World Savings Bank, FSB, with an interest rate of 8.1%. The Note was duly endorsed in blank. The Note is secured by a Deed of Trust, recorded in the real property records of the City and County of Denver, encumbering real property with a purported common address of 1035 Tennyson Street, Denver, CO 80204 (the "Property").

2.  Creditor is a member of Class 3(b) of the secured claims in the proposed Amended Plan (the "Plan").

3.  The Plan provides that the estimated value of the Property is $135,950. The Plan proposes the following treatment, which impairs Creditor's claim. The Plan proposes to modify the secured claim by reducing the principal balance of the loan to $135,905; re-amortize the loan over a 30 year term at a reduced 6% interest rate; and provide for a modified payment amount of $815.09 per month in principal and interest.

4.  The actual, estimated total debt amount on the loan as of October 14, 2014 is $175,526.18, and the interest rate is 8.1%. Further, Creditor recently obtained a Broker's Price Opinion ("BPO") for the Property, which provides for a current market value of the Property at $155,000, which is almost $20,000 higher than the Debtors' estimated value. A copy of the BPO is attached hereto.

5.  Accordingly, Creditor objects to the Debtors' treatment of Creditor's claim, including but not limited to the: valuation placed on the Property by the Debtors; proposed reduction in interest rate; and reduction in the total claim amount. 11 U.S.C. § 1129(a)(7).

Wherefore, Creditor objects to confirmation of the Plan for the grounds stated above.

Dated: November 12, 2014

Janeway Law Firm, P.C.
Attorneys for

Lynn M. Janeway #15592
David R. Doughty #40042
Eve M. Grina #43658
Elizabeth S. Marcus #16092
Alison L. Berry #34531
Courtney E. Wright #45482
Nicholas H. Santarelli #46592
Kelly Murdock #46915
9800 S. Meridian Blvd., Suite 400
Englewood, CO 80112
Phone: (303) 706-9990 Fax: (303) 706-9994
bankruptcy@janewaylaw.com
JLF No.: 14-004567

Certificate of Service

The undersigned hereby certifies that on November 12, 2014 a copy of the attached OBJECTION
TO DEBTORS' AMENDED PLAN OF REORGANIZATION was deposited into U.S. mail in an
envelope with prepaid, first class postage and addressed as follows:

ANDREW JOSEPH SCHEER
1846 SOUTH YANK PLACE
LAKEWOOD, CO 80228

TAMBERLEE LYNN SCHEER
1846 SOUTH YANK PLACE
LAKEWOOD, CO 80228

STEPHEN E BERKEN
1159 DELAWARE STREET
DENVER, CO 80204

PAUL MOSS
999-18TH ST.
STE. 1551
DENVER, CO 80202

Catrina Cohen-Reed



ASSET VALUATION & MARKETING LLC
*Valuation Solutions*™

| Loan# | | | |
|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER |
| Street Address | 1035 Tennyson St | | |
| City | | State | CO | Zip | 80204 |

## Subject Property

| | | | |
|---|---|---|---|
| Location | Suburban | Currently Listed | No |
| Property Type | Single Family-Attached | Listed in Last 36 Months | Yes - 02/09/12 |
| Occupancy | Occupied | Listing Company | RE/MAX SOUTHEAST INC |
| Fair Market Rent (All Units) | $1,110 | List Company Phone | |
| Red Flags | ☐ Damaged  ☐ Construction | Days on Market | 8 |
| | ☐ Environmental  ☐ Zoning | List Status | Expired |
| | ☐ Market Activity  ☐ Boarded | List Price at Expiration | $125,000 |
| | ☐ Stigma  ☐ Other | Original List Price | $125,000 |
| | ☑ None | Last Known Sale Date | 01/01/1900 |
| | | Last Known Sale Price | $ |

| | | | |
|---|---|---|---|
| County | Denver | Zoning Code | RES |
| APN | | Zoning Description | Residential 1-4 units |
| Current Use | residential | Zoning Compliance | Legal |
| Best Use. If no, explain | Yes | If Illegal, explain: | |

## Subject and Comparable Sales Characteristics

| Attribute | Subject | ☐ Comp Sale 1 | ☑ Comp Sale 2 | ☐ Comp Sale 3 |
|---|---|---|---|---|
| Address | 1035 Tennyson St, Denver,CO 80204 | 909 Osceola St Denver, CO 80204 | 913 Osceola St Denver, CO 80204 | 905 Osceola St Denver, CO 80204 |
| Proximity | | 0.34 Miles | 0.34 Miles | 0.35 Miles |
| Broker Inspected | | No | No | No |
| Comparability | | Equal | Equal | Equal |
| Style | Contemporary | Contemporary | Contemporary | Contemporary |
| Condition | Average | Good | Good | Good |
| Construction | Framed | Framed | Framed | Framed |
| Year Built | 2006 | 2006 | 2006 | 2006 |
| Lot Size | 3958 Sq.Ft. | 3002 Sq.Ft. | 3002 Sq.Ft. | 3002 Sq.Ft. |
| # Units | 1 | 1 | 1 | 1 |
| GLA | 1454 | 1478 | 1478 | 1478 |
| Room Count | 8 | 8 | 8 | 8 |
| Bed Count | 3 | 4 | 4 | 4 |
| Bath Count | 1.2 | 2.0 | 2.0 | 2.0 |
| Basement | None | None | None | None |
| Basement Finished % | 0 | 0 | 0 | 0 |
| Basement included in GLA | No | No | No | No |
| Garage/Carport | Detached | None | None | None |
| Number of Stalls | 2 | 0 | 0 | 0 |
| Parking | On-Street | Off-Street | Off-Street | Off-Street |
| Pool | No | No | No | No |
| View | Residential | Residential | Residential | Residential |
| Waterfront | No | No | No | No |
| Data Source | Tax Record/Assessor | MLS | MLS | MLS |
| Finance Type | | Conventional | Cash | Conventional |
| Sale Type | | Owner/Resale | Owner/Resale | Owner/Resale |
| Sale Date | | 06/30/2014 | 06/06/2014 | 06/25/2014 |
| DOM | | 15 | 2 | 2 |
| Original List Price | | $159,000 | $165,000 | $169,000 |
| List Price at Sale | | $159,000 | $165,000 | $169,000 |
| Sales Price | | $171,500 | $165,000 | $170,000 |
| $/Sq Ft (As-Is) | 107 | 116 | 112 | 115 |

## Sales Comments / Sale Concessions

| | |
|---|---|
| Comp Sale 1 | No comments on condition in MLS- exterior appears to be in good condition<br><br>Concession: none |
| Comp Sale 2 | No comments on condition in MLS- exterior appears to be in good condition<br><br>Concession: 250 cash |
| Comp Sale 3 | No comments on condition in MLS- exterior appears to be in good condition<br><br>Concession: none |



| Loan# | | | |
|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER |
| Street Address | 1035 Tennyson St | | |
| City | | State | CO | Zip | 80204 |

## Subject and Comparable Listing Characteristics

| Attribute | Subject | ☐ Comp List 1 | ☐ Comp List 2 | ☑ Comp List 3 |
|---|---|---|---|---|
| Address | 1035 Tennyson St, Denver,CO 80204 | 677 vrain st #12 Denver, CO 80204 | 1388 raleigh st Denver, CO 80204 | 670 winona ct #37 Denver, CO 80204 |
| Proximity | | 0.39 Miles | 0.37 Miles | 0.45 Miles |
| Broker Inspected | | No | No | No |
| Comparability | | Equal | Superior | Equal |
| Style | Contemporary | Contemporary | Bungalow | Contemporary |
| Condition | Average | Average | Average | Good |
| Construction | Framed | Framed | Brick | Framed |
| Year Built | 2006 | 1979 | 1924 | 1983 |
| Lot Size | 3958 Sq.Ft. | 1392 Sq.Ft. | 3674 Sq.Ft. | 4430 Sq.Ft. |
| # Units | 1 | 1 | 1 | 1 |
| GLA | 1454 | 936 | 929 | 936 |
| Room Count | 8 | 6 | 5 | 6 |
| Bed Count | 3 | 2 | 2 | 2 |
| Bath Count | 1.2 | 2.0 | 1.0 | 2.0 |
| Basement | None | Partial | Partial | Partial |
| Basement Finished % | 0 | 100 | 100 | 100 |
| Basement included in GLA | No | No | No | No |
| Garage/Carport | Detached | None | Detached | None |
| Number of Stalls | 2 | 0 | 1 | 0 |
| Parking | On-Street | Off-Street | On-Street | On-Street |
| Pool | No | No | No | No |
| View | Residential | Residential | Residential | Residential |
| Waterfront | No | No | No | No |
| Data Source | Tax Record/Assessor | MLS | MLS | MLS |
| Finance Type | | FHA/VA | FHA/VA | FHA/VA |
| List Type | | Owner/Resale | REO/Bank/HUD | Owner/Resale |
| List Date | | 06/12/2014 | 07/16/2014 | 06/26/2014 |
| DOM | | 34 | 5 | 40 |
| Pending | | Yes | Yes | No |
| Original List Price | | $114,900 | $169,950 | $159,900 |
| Current List Price | | $104,900 | $169,950 | $159,900 |
| $/Sq Ft (As-Is) | 107 | 112 | 183 | 171 |

## Listing Comments / Pricing Concessions

| Comp Listing 1 | short sale awaiting lender approval- no comments in MLS regarding condition- adjusting upward on above grade GLA and age- Note total finished sq ft<br><br>Concession: none noted |
|---|---|
| Comp Listing 2 | Public Trustee sale- tenant occupied - no comments in MLS regarding condition-adjusting upward on above grade GLA and age, downward on style & appeal<br><br>Concession: none noted |
| Comp Listing 3 | Withdrawn from market in July-remodeled and put back on the market at higher price- adjusting upward on above grade GLA and age, downward condition<br><br>Concession: none noted |

## 90-120 Days Market Estimates

| As-Is | | Repaired | |
|---|---|---|---|
| Probable Sale Price | $155,000 | Probable Sale Price | $155,000 |
| List Price | $160,000 | List Price | $160,000 |

## Quick Sale Estimate

| Probable Quick Sale Price | $150,000 | Quick Sale Discount | 3.23 % |
|---|---|---|---|

## Lot Values

| Estimated Lot Value Low | $22,000 | Estimated Lot Value High | $25,000 |
|---|---|---|---|

## Broker Information

| Broker Name | Lillian Lively | Cell | |
|---|---|---|---|
| License Number | 100003540 | Email | LilLively@gmail.com |
| License Expiration | 04/04/2015 | Completion Date | 09/26/2014 |
| Company Name | Your Castle Real Estate | Distance to Subject | 1.99 Miles |
| Address | 9085 E Mineral Circle, Englewood, CO. 80112 | Company Phone | |



**ASSET VALUATION & MARKETING LLC**
*Valuation Solutions™*

| Loan# | | | |
|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER |
| Street Address | 1035 Tennyson St | | |
| City | Denver | State | CO | Zip | 80204 |

## General Market Conditions

Current Market Conditions — ☑ Excellent ☐ Improving ☐ Stable ☐ Slow ☐ Depressed

Employment Conditions — ☑ Increasing ☐ Stable ☐ Decreasing

Market Values for this type of property have
☑ Appreciated  5  % in the past  12  months
☐ Depreciated  % in the past  months
☐ Remained Stable for the past  months

Price Range of  5  comparable sales in past 12 months  $165,000  to  $171,500
Price Range of  3  competitive listings on the market  $104,900  to  $169,950

Typical Marketing Time (DOM)  5  Marketing Time Trend  ☐ Increasing ☐ Stable ☑ Decreasing

Current Inventory of this type of property  ☑ Undersupply ☐ Balanced ☐ Oversupply

Estimated Occupancy of subject's neighborhood:  60  % Owner  40  % Tenant  0  % Vacant

Median Monthly Market Rent :  $950

Are REO/short sale sales/listings affecting the overall value of the subject's neighborhood?  ☐ Yes  ☑ No

REO Trend  ☐ Increasing ☐ Stable ☑ Decreasing   Distressed Discount  0  %

Is there evidence of a disaster?  ☐ Yes ☑ No  Date

Number of boarded or blocked up homes  0   Industrial within 0.25 miles  ☐ Yes ☑ No

Crime/Vandalism  ☐ Low Risk ☐ Medium Risk ☑ High Risk

**Neighborhood Description:**
Immediate neighborhood is mixed detached and attached single family homes, of widely varying ages and sizes. Not all homes are well maintained. Condition of neighborhood is improving rapidly due to a completion of the nearby light rail lines and Dry Gulch Trail system.

**General Comments about market conditions:**
Inventory shortage is driving prices upward and DOM downward. There is much new construction in the luxury market within a mile.

## Subject Marketability

HOA?  ☐ Yes ☑ No  HOA Name

HOA Contact  Phone Number

HOA Fee  HOA Fee Schedule  Fees Current? ☐ Yes ☐ No  Delinquent Amount

Fee Includes:  ☐ Insurance ☐ Landscaping ☐ Pool ☐ Tennis ☐ Other

Any known litigation involving the HOA? ☐ Yes ☐ No
If yes, explain:

Is the subject property currently impacted by a disaster?  ☐ Yes ☑ No  Date  Type

Recommended Marketing Strategy  ☑ As-Is ☐ Minimal Lender Required Repairs ☐ Repaired

Most Likely Buyer  ☐ Owner Occupant ☐ Investor

Considering available indicators, the current occupant of the subject is most likely ☐ Owner ☑ Tenant ☐ Vacant

Does the subject conform to the neighborhood? ☑ Yes ☐ No

For the neighborhood, the subject is an: ☐ Under Improvement ☑ Appropriate Improvement ☐ Over Improvement

Is the subject's condition consistent with properties in the neighborhood? ☑ Yes ☐ No

Does the subject property appear to have been updated? ☐ Yes ☑ No

Does the subject property need emergency repairs? ☐ Yes ☑ No ☐ Unknown
If yes, explain:

Does the subject property show evidence of vandalism? ☐ Yes ☑ No
If yes, explain:

Are all types of financing available for the subject? ☑ Yes ☐ No
If no, explain:

**Describe any adverse environmental/safety conditions:**
none noted

**Positive attributes to marketability:**
Located a few doors down from trails and Dry Gulch Park.  Located less than 1/4 mile from light rail stop.

**Negative attributes to marketability?**
Not all homes in the neighborhood are well maintained.  Some evidence of grafitti within 1 block.

| Loan# | | | | |
|---|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 | |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER | |
| Street Address | 1035 Tennyson St | | | |
| City | Denver | State | CO | Zip | 80204 |

## Addendum

Regarding "Competitive Listings"search within 1 mile, 20% of above grade GLA and +/- 10 years age shows 17 Active & pending units in the $300K-$630K price range: the luxury market. Those listings are not deemed "competitive" because of their luxury nature even though they meet the above criteria.

All Competitive Listings and Sales are attached single family units. No detached properties were considered.

Note that the Competitive Listings that were chosen for this report are more similar to subject when the Total Finished Square Footage is considered . Each of the Competitive Listings chosen for this report have similar square footage to subject when the finished basements are included.

## Repair Estimate Details

| Repair Items | Repair | Replace | Est. Cost | Repair Items | Repair | Replace | Est. Cost |
|---|---|---|---|---|---|---|---|
| Exterior Paint | No | No | $ | Electrical | No | No | $ |
| Roofing | No | No | $ | Heating/Air | No | No | $ |
| Structural | No | No | $ | Plumbing | No | No | $ |
| Carpentry in and out | No | No | $ | Wallpaper/Sheetrock | No | No | $ |
| Landscaping | No | Yes | $500 | Initial Trashout/Clean | No | No | $ |
| Carpet | No | No | $ | Discoloration (Mildew, Etc) | No | No | $ |
| Tile/Vinyl | No | No | $ | Pest/Termite | No | No | $ |
| Interior Paint | No | No | $ | Floors | No | No | $ |
| Appliances | No | No | $ | Cleaning | No | No | $ |
| Other: | | | | | No | No | $ |

☐ Rehab not justified (cost of repairs would exceed the additional value gained from the repairs)

| All repairs are cosmetic in nature | ☑ Yes | ☐ No |
|---|---|---|

Additional Remarks:

Add sod or seeds for lawn.

| Total Estimated Repairs/Replacement Costs | $500 |
|---|---|

## Compliance

By submitting this report, I agree that I will work with Client to clarify or correct this valuation as necessary to meet its client's requirements. Client will never communicate a predetermined, expected or qualifying estimate of value, however if additional information about the subject property or comparable properties is presented, I agree to give consideration to this information. I understand that providing faulty or erroneous information or failure to respond to a clarification/correction request are grounds for non-payment of this report as well as deactivation of my Realtor Profile in the Client system.

## ESignature

I Lillian Lively, with License# = 100003540, Expiration Date = 04/04/2015, Contact Phone# = 303-962-4272 and Email Address = LilLively@gmail.com confirm that I have taken the subject photos, selected the comps and set the values for this CMA. Initials of my name are LL. Dated 09/26/2014.



| Loan# | | | | | |
|---|---|---|---|---|---|
| Project Name | | | Completion Date | | 09/26/2014 |
| Inspection Type | Exterior | | Borrower Name | | ANDY SCHEER |
| Street Address | 1035 Tennyson St | | | | |
| City | Denver | State | CO | Zip | 80204 |

## AERIAL MAP



Distant Map

## AERIAL MAP



Proximate Map

INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
www.AssetVal.com - (800) 560-7350



| Loan# | | | | | |
|---|---|---|---|---|---|
| Project Name | | | Completion Date | 09/26/2014 | |
| Inspection Type | Exterior | | Borrower Name | ANDY SCHEER | |
| Street Address | 1035 Tennyson St | | | | |
| City | Denver | State | CO | Zip | 80204 |

**FRONT VIEW**



**FRONT ANGLED VIEW**





| Loan# | | | | | |
|-------|---|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 | | |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER | | |
| Street Address | 1035 Tennyson St | | | | |
| City | Denver | State | CO | Zip | 80204 |

**STREET VIEW**



**ADDRESS VERIFICATION**





| Loan# | | | |
|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER |
| Street Address | 1035 Tennyson St | | |
| City | Denver | State | CO | Zip | 80204 |

## MLS - Page 1 of 1

Page 1 of 1

**1035 TENNYSON St**
**DENVER CO 80204**
Locale

| | | | | | | |
|---|---|---|---|---|---|---|
| MLS# | 1066177 | Status Cond | Short Sale | | |
| List Price | $125,000 | Taxes | $1,038 | | |
| List Date | 02/09/12 | Earnest | $1,500 to HERITAGE TITLE | |
| Status | Expired | CDOM | 121 | | |
| Seller Type | Individual | | | | |
| Orig List Price | $125,000 | | | | |
| Terms | Cash, Conventional, FHA, VA | | | | |
| Legal | KNOX ADD B7 PT L24 TO 28 BEG 87.83FT N OF SE COR L28 N 29.07FT W 1( | | |

| | | | |
|---|---|---|---|
| Type | Detached Single Family | Fuel Type | Gas |
| Style | 2 Story | Heating Type | Forced Air |
| Architecture | Contemporary | Cooling | |
| Year Built | 2006 | Other HVAC | |
| Roofing | Composition Shingles | Construction | Frame |
| Fireplaces | | Exterior | |

| | SqFt | PSF | Baths | | | |
|---|---|---|---|---|---|---|
| Upper | 727 | | Full | 1 | | |
| Main | 727 | | 3/4 | | | |
| Lower | | | 1/2 | 2 | | |
| Above | 1,454 | $85.97 | 1/4 | | | |
| Bsmt | | | Rough In | No | | |
| Total | 1,454 | $85.97 | Total | 3 | | |
| Finish | 1,454 | $85.97 | Beds | 3 | | |
| Other | | | | | | |

| | | | |
|---|---|---|---|
| Bsmt | None | District | Denver 1 |
| | | Elementary | Cowell |
| Bsmt Fin | | Middle | Lake Int'l |
| Subfloor | Crawl Space | High | West |
| Water | Public | Sewer | Public |
| Lot Size | 3,099 | Acres | 0.070 |

Total Spaces
Parking Spaces

| | |
|---|---|
| Appliances | Dishwasher, Disposal, Refrigerator (Kitchen), Smoke Alarm, Stove/Range/Oven |
| Flooring | Carpet |
| Interior Features | Cable Available, Double Pane Windows, Eating Space / Kitchen |
| Exclusions | TENANT PERSONAL PROPERTY |
| Exterior Features | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Site | | | | Faces | East | |
| View | | | | Rights | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Buy Comp | 2.80 | Tran Comp | 2.80 | Var Comm | No | |
| Submitted Prospect | Yes | Property Info | Buyers Warranty, Quick Possession | | | |
| | | | | Limited Service | No | |

| | | | |
|---|---|---|---|
| HOA | Multiple HOAs No | HOA Fees | |
| Covenants | No Covenants | | |

| | | | |
|---|---|---|---|
| List Agent | RICK DIRE | Phone | |
| List Office | RE/MAX SOUTHEAST INC | Email | DIRESELLSDENVER@YAHOO.COM |
| Showing | | No Showings Until | |

**Public Remarks**
ATTACHED SINGLE FAMILY, ONLY 6 YEARS OLD!! NICE SIZED ROOMS, BLOCKS TO NEW LIGHT RAIL,
SCHOOLS, SHOPPING AND SLOANS LAKE! NO HOA!! GREAT BUY AT THIS PRICE!

**Broker Remarks**
HAD SS ALL NEGOTIATED END OF 2010, BUYER WALKED. TENANT OCCUPIED

**Possession Desc**    48 HRS AFTER DOD

09/25/2014          Broker-Only Report.  Not intended for public display.  Copyright © 2014.

Broker_1_Page9876



| Loan# | | | | | |
|---|---|---|---|---|---|
| Project Name | | | Completion Date | 09/26/2014 | |
| Inspection Type | Exterior | | Borrower Name | ANDY SCHEER | |
| Street Address | 1035 Tennyson St | | | | |
| City | | State | CO | Zip | 80204 |

## TAX - Page 1 of 3

## 1035 Tennyson St, Denver, CO 80204-2921, Denver County

| 3 | 1,454 | 3,958 | N/A | Expired Listing |
|---|---|---|---|---|
| MLS Beds | MLS Sq Ft | Lot Sq Ft | Sale Price | |
| 3 | 2006 | TH/RH | N/A | |
| MLS Baths | Yr Built | Type | Sale Date | |

### Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | Scheer Andy | Mailing ZIP 4: | 4231 |
| Mailing Address: | 1846 S Yank Pl | Mailing Carrier Route: | C046 |
| Mailing City & State: | Lakewood, CO | Owner Occupied: | No |
| Mailing Zip: | 80228 | | |

### Location Information

| | | | |
|---|---|---|---|
| Property Zip: | 80204 | Traffic: | Curb / Gut |
| Property Zip4: | 2921 | Township: | 04S |
| Property Carrier Route: | C014 | Range: | 68W |
| Subdivision: | Knox Add To Denver | Section: | 06 |
| Zoning: | E-TU-C | Quarter: | SW |
| Census Tract: | 9.04 | Block: | 7 |
| Topography: | Flat/Level | Lot: | 24 |
| Neighborhood Code: | 0508 | | |

### Tax Information

| | | | |
|---|---|---|---|
| PIN: | | % Improved: | 83% |
| Alternate PIN: | | Tax District: | DENV |
| Schedule Number: | | | |
| Legal Description: | KNOX ADD B7 PT L24 TO 28 & S/2 VAC ALY ADJ BEG 87.83FT N OF SE COR L28 W 124.99FT N 45.81FT E 19.4FT S 16.1FT E 105.60FT S 29.08FT POB | | |

### Assessment & Tax

| Assessment Year | 2014 - Preliminary | 2013 | 2012 |
|---|---|---|---|
| Market Value - Land | $23,300 | $23,300 | $45,500 |
| Market Value - Improved | $113,700 | $113,700 | $87,100 |
| Market Value - Total | $137,000 | $137,000 | $132,600 |
| Assessed Value - Land | $1,855 | $1,860 | $3,622 |
| Assessed Value - Improved | $9,055 | $9,050 | $6,928 |
| Assessed Value - Total | $10,910 | $10,910 | $10,550 |
| YOY Assessed Change (%) | 0% | 3.41% | |
| YOY Assessed Change ($) | $0 | $360 | |

| Tax Year | Total Tax | Change ($) | Change (%) |
|---|---|---|---|
| 2012 | $887 | | |
| 2013 | $907 | $20 | 2.21% |

### Characteristics

| | | | |
|---|---|---|---|
| Lot Acres: | 0.0909 | Baths - Total: | Tax: 2 MLS: 3 |
| Lot Sq Ft: | 3,958 | MLS Total Baths: | 3 |
| Land Use - County: | Row House Misc | Baths - Full: | 1 |
| Land Use - CoreLogic: | Townhouse/Rowhouse | Baths - Half: | Tax: 1 MLS: 2 |
| Style: | Row House | Stories: | 2 |
| Year Built: | 2006 | Heat Type: | Warm Air |
| Bldg Sq Ft - Finished: | 1,454 | Patio Type: | Concrete/Masonry Patio |

Courtesy of LILLIAN LIVELY, Metrolist, Inc
The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 09/25/2014
Page 1 of 3

RealistReport_1035_Tennyson_St



| Loan# | | | |
|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER |
| Street Address | 1035 Tennyson St | | |
| City | Denver | State | CO | Zip | 80204 |

## TAX - Page 2 of 3

| Bldg Sq Ft - Above Ground: | **1,454** | Garage Type: | **Detached Garage** |
|---|---|---|---|
| Bldg Sq Ft - 1st Floor: | **727** | Garage Sq Ft: | **610** |
| Bldg Sq Ft - 2nd Floor: | **727** | Exterior: | **Frame** |
| # Buildings: | **1** | Quality: | **Average** |
| Total Rooms: | **5** | Total Bldg Sq Ft: | **1,454** |
| Bedrooms: | **3** | | |

### Features

| Feature Type | Size/Qty |
|---|---|
| Opn Prch-Frm | 60 |
| Conc/Brck Patio | 25 |
| Det Garage-Frm | 610 |

### Estimated Value

| RealAVM™ (1): | **$157,299** | Confidence Score (2): | **73** |
|---|---|---|---|
| RealAVM™ Range: | **$132,131 - $182,467** | Forecast Standard Deviation (3): | **16** |
| Value As Of: | **09/16/2014** | | |

(1) RealAVM™ is a CoreLogic® derived value and should not be used in lieu of an appraisal.

(2) The Confidence Score is a measure of the extent to which sales data, property information, and comparable sales support the property valuation analysis process. The confidence score range is 60 - 100. Clear and consistent quality and quantity of data drive higher confidence scores while lower confidence scores indicate diversity in data, lower quality and quantity of data, and/or limited similarity of the subject property to comparable sales.

(3) The FSD denotes confidence in an AVM estimate and uses a consistent scale and meaning to generate a standardized confidence metric. The FSD is a statistic that measures the likely range or dispersion an AVM estimate will fall within, based on the consistency of the information available to the AVM at the time of estimation. The FSD can be used to create confidence that the true value has a statistical degree of certainty.

### Listing Information

| MLS Listing Number: | **1066177** | MLS Orig. List Price: | **$125,000** |
|---|---|---|---|
| MLS DOM: | **122** | MLS Listing Date: | **02/09/2012** |
| MLS Status: | **Expired** | MLS Listing Broker: | **RE/MAX SOUTHEAST INC** |
| MLS Status Change Date: | **06/10/2012** | MLS Listing Agent: | **018138-Rick Dire** |
| MLS Current List Price: | **$125,000** | MLS Area: | **KNOX ADDITION** |
| | | | |
| **MLS Listing #** | 1037344 | 1001103 | |
| **MLS Status** | Expired | Expired | |
| **MLS Listing Cancellation Date** | 11/30/2011 | 06/30/2011 | |
| **MLS Listing Price** | $150,000 | $150,000 | |
| **MLS Orig Listing Price** | $150,000 | $150,000 | |
| **MLS Listing Date** | 04/12/2011 | 04/12/2011 | |
| **MLS Listing Expiration Date** | 11/30/2011 | 06/30/2011 | |

### Last Market Sale & Sales History

| Owner Name: | **Scheer Andy** | |
|---|---|---|
| **Sale Date** | 04/30/2009 | 06/27/2008 |
| **Nominal** | Y | Y |
| **Buyer** | First Family Lp Lllp | First Family Lp Lllp |
| **Seller** | Scheer Andy | Scheer Andy |
| **Document Number** | 65608 | 89410 |
| **Document Type** | Quit Claim Deed | Quit Claim Deed |
| **Title Company** | Metro Denver Title | |

### Mortgage History

| **Mortgage Date** | 07/09/2007 | 05/31/2007 |
|---|---|---|
| **Mortgage Amount** | $80,730 | $119,000 |
| **Mortgage Lender** | Washington Mutual Bk | World Svgs Bk Fsb |
| **Borrower** | Scheer Andy | Scheer Andy |
| **Mortgage Type** | Conventional | Conventional |
| **Mortgage Purpose** | Refi | Refi |
| **Mortgage Int Rate Type** | Adjustable Int Rate Loan | |
| **Mortgage Term** | 30 | 30 |
| **Mortgage Term** | Years | Years |
| **Title Company** | Optima Information Solutions | Metro Denver Title |

Courtesy of LILLIAN LIVELY, Metrolist, Inc

The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 09/25/2014
Page 2 of 3

| RealistReport_1035_Tennyson_St |
|---|



| Loan# | | | | | | | |
|---|---|---|---|---|---|---|---|
| Project Name | | | | Completion Date | | 09/26/2014 | |
| Inspection Type | Exterior | | | Borrower Name | | ANDY SCHEER | |
| Street Address | 1035 Tennyson St | | | | | | |
| City | Denver | | State | | CO | Zip | 80204 |

## TAX - Page 3 of 3

### Foreclosure History

| Document Type | Notice Of Trustee's Sale | Release Of Lis Pendens/ Notice | Release Of Lis Pendens/ Notice | Notice Of Trustee's Sale | Notice Of Trustee's Sale |
|---|---|---|---|---|---|
| Foreclosure Filing Date | 11/21/2012 | | | 01/24/2011 | 01/03/2011 |
| Recording Date | 12/04/2012 | 03/07/2011 | 03/07/2011 | 02/09/2011 | 01/10/2011 |
| Document Number | 166956 | 25103 | 25102 | 15094 | 4082 |
| Final Judgment Amount | $131,672 | | | $80,292 | $131,672 |
| Original Doc Date | 05/31/2007 | 01/10/2011 | 02/09/2011 | 07/09/2007 | 05/31/2007 |
| Original Document Number | 84333 | 4082 | 15094 | 106759 | 84333 |

Courtesy of LILLIAN LIVELY, Metrolist, Inc

The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**

Generated on 09/25/2014
Page 3 of 3

RealistReport_1035_Tennyson_St



| Loan# | | | | |
|---|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 | |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER | |
| Street Address | 1035 Tennyson St | | | |
| City | Denver | State | CO | Zip | 80204 |

## MAP



Map

## COMPARABLE SALE 1





| Loan# | | | |
|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER |
| Street Address | 1035 Tennyson St | | |
| City | Denver | State | CO | Zip | 80204 |

## Comparable Sale 1 - Page 1 of 2



INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
www.AssetVal.com - (800) 560-7350



| Loan# | | | | |
|---|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 | |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER | |
| Street Address | 1035 Tennyson St | | | |
| City | Denver | State | CO | Zip | 80204 |

## Comparable Sale 1 - Page 2 of 2

Directions

| Listing Agent/Office | | Buyers Agency: | 2.8 |
|---|---|---|---|
| Name: | **Kristin White** | Transaction Broker: | 2.8 |
| Office Name: | **Bodin Realty International** | Variable Comm: | |
| Office Phone: | **303-447-2000** | Listing Contract: | **Exclusive Agency** |
| Email: | **kristinsellshomes@gmail.com** | Additional Info: | |
| Phone: | | Possession: | **1-3 Days After Closing** |
| Mobile: | | Submitted Prospect: | |
| Agent Fax: | | Limited Service: | |
| Office Fax: | | Expiration Date: | |
| Co-Listing Agent/Office | | | |
| Name: | | | |
| Office Name: | | | |
| Office Phone: | | | |
| Email: | | | |
| Phone: | | | |
| Mobile: | | | |
| Showing Phone: | | | |
| Showing Email: | | | |
| Showing Notes: | **303-573-7469** | | |
| No Show Until: | | | |

**Broker-Only Report. Not intended for public display.**



| Loan# | | | | | |
|---|---|---|---|---|---|
| Project Name | | | Completion Date | 09/26/2014 | |
| Inspection Type | Exterior | | Borrower Name | ANDY SCHEER | |
| Street Address | 1035 Tennyson St | | | | |
| City | Denver | State | CO | Zip | 80204 |

**COMPARABLE SALE 2**





| Loan# | | | |
|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER |
| Street Address | 1035 Tennyson St | | |
| City | Denver | State | CO | Zip | 80204 |

## Comparable Sale 2 - Page 1 of 2





| Loan# | | | | |
|---|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 | |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER | |
| Street Address | 1035 Tennyson St | | | |
| City | Denver | State | CO | Zip | 80204 |

## Comparable Sale 2 - Page 2 of 2

Listing Agent/Office
Name:            **Kristin White**
Office Name:     **Bodin Realty International**
Office Phone:    **303-447-2000**
Email:           **kristinsellshomes@gmail.com**
Phone:
Mobile:
Agent Fax:
Office Fax:
Co-Listing Agent/Office
Name:
Office Name:
Office Phone:
Email:
Phone:
Mobile:

Showing Phone:
Showing Email:
Showing Notes:
No Show Until:

Buyers Agency:        **2.8**
Transaction Broker:   **2.8**
Variable Comm:
Listing Contract:     **Exclusive Agency**
Additional Info:
Possession:           **Delivery of Deed**
Submitted Prospect:
Limited Service:
Expiration Date:

**Broker-Only Report.  Not intended for public display.**



| Loan# | | | | | |
|---|---|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 | | |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER | | |
| Street Address | 1035 Tennyson St | | | | |
| City | Denver | State | CO | Zip | 80204 |

**COMPARABLE SALE 3**





| Loan# | | | | |
|---|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 | |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER | |
| Street Address | 1035 Tennyson St | | | |
| City | Denver | State | CO | Zip | 80204 |

Comparable Sale 3 - Page 1 of 2





| Loan | | | |
|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER |
| Street Address | 1035 Tennyson St | | |
| City | Denver | State | CO | Zip | 80204 |

Comparable Sale 3 - Page 2 of 2

Listing Agent/Office
Name:            **Kristin White**
Office Name:     **Bodin Realty International**
Office Phone:    **303-647-2000**
Email:           **kristinsellshomes@gmail.com**
Phone:
Mobile:
Agent Fax:
Office Fax:
Co-Listing Agent/Office
Name:
Office Name:
Office Phone:
Email:
Phone:
Mobile:

Showing Phone:
Showing Email:
Showing Notes:
No Show Until:

Buyers Agency:        **2.8**
Transaction Broker:   **2.8**
Variable Comm:
Listing Contract:     **Exclusive Agency**
Additional Info:
Possession:           **Delivery of Deed**
Submitted Prospect:
Limited Service:
Expiration Date:

**Broker-Only Report.  Not Intended for public display.**



| Loan# | | | | | |
|---|---|---|---|---|---|
| Project Name | | | Completion Date | 09/26/2014 | |
| Inspection Type | Exterior | | Borrower Name | ANDY SCHEER | |
| Street Address | 1035 Tennyson St | | | | |
| City | Denver | | State | CO | Zip | 80204 |

**COMPARABLE LISTING 1**





| | |
|---|---|
| Loan# | |
| Project Name | |
| Inspection Type | Exterior |
| Street Address | 1035 Tennyson St |
| City | Denver |

| | |
|---|---|
| Completion Date | 09/26/2014 |
| Borrower Name | ANDY SCHEER |
| State | CO |
| Zip | 80204 |

## Comparable Listing 1 - Page 1 of 2



### LILLIAN LIVELY
### YOUR CASTLE REAL ESTATE INC

Office: (303) 962-4272
Cell: (303) 746-8827

lillively@gmail.com

**677 vrain St #12, Bldg C**
**Denver, CO 80204**

County: Denver
Locale: villa park

| | | | | |
|---|---|---|---|---|
| MLS#: | 7981900 | Status: | Under Contract | |
| List Date: | 06/12/14 | List Price: | $104,900 | |
| Under Contract Date: | 07/16/14 | | | |
| Status Conditions: | None Known | Original List Price: $114,900 | | |
| Approval Conditions: | Buyer/Seller have signed offer(s) waiting on lender approval | | | |
| Has HOA: | Yes | Tax ID: | 161160097 | |
| INV Blackout Ends: | | Taxes: | $437 (2013) | |
| Title Company: | Guardian Title | | | |
| Financial Terms: | Cash, Conventional, | | | |
| Earnest $: | $1000, Guardian Titla | | | |
| Seller Type: | Individual | | | |
| Legal Desc: | WINONA GARDENS CONDOS U-12 BLDG-C | | | |

| | | | | |
|---|---|---|---|---|
| Type: | Attached Single Family | Style: | Condominium | |
| Architecture: | | Builder Name: | | |
| Year Built: | 1979 | Model: | | |
| Anticipate Yr Complete: | | Construct Details: | | |
| Heat Fuel: | Gas | | | |
| Heat Type: | Forced Air | | | |
| Cooling: | None | | | |
| Other HVAC: | | | | |
| HVAC Detail: | | | | |
| Construction: | Frame | | | |
| Exterior: | Wood Siding | | | |
| Roofing: | Composition Shingles | | | |

| | | | |
|---|---|---|---|
| # Floors in Unit: | | List Level: | No |
| # Units in Building: | 2 | End Unit: | |
| Style Characteristics: | Side-by-Side | Complex Name: | WINONA GARDENS |

| | | | | | |
|---|---|---|---|---|---|
| Total Beds: | 2 | Upper SqFt: | | PSF Above Grade: | $112.07 | School District: | Denver 1 |
| Total Baths: | 3 | Main SqFt: | | PSF Total: | $75.36 | Elementary: | Cowell |
| Full Baths: | 3 | Lower SqFt: | | PSF Finished: | $75.36 | Jr High/Middle: | Lake Int'l |
| 3/4 Baths: | 0 | Above Grade: | 936 | Bsmt Type: | Full | Sr High: | West |
| Half Baths: | 1 | Basement SqFt: | | Subfloor: | | | |
| 1/4 Baths: | 0 | Total SqFt: | 1,392 | Bsmt Finished: | | Date Measured: | |
| Rough-Ins: | No | Finished SqFt: | 1,392 | % Fully Finished: | | Measurement From: | County Records |
| | | Other Finished SqFt: | 1,392 | Bsmt Ceiling Height: | | | |
| | | Other Finished SqFt Desc: | | | | | |

| | |
|---|---|
| Appliances: | |
| Flooring: | |
| Interior Features: | |
| Laundry Availability: | |
| Fireplaces: | |
| Exclusions: | None |
| Site Type: | |

| | | | | | |
|---|---|---|---|---|---|
| Lot Size: | | Walk Score: | 57EF | Water Sources: | | Distance To: | |
| Acres: | | Faces: | | Sewer: | | Bus | |
| Incorporated: | | Zoning: | E-TH-2.5 | Rights: | | Light Rail | |
| Primary Access: | | | | | | Other | |
| Site Features: | | | | | | | |
| Exterior Features: | | | | | | | |
| Views: | | | | | | | |

**Parking & Vehicle Information**

| | | | |
|---|---|---|---|
| Total Spaces: | | Amps Available: | Features: |
| Type | # Spaces | Dimensions | Features |
| Off-Street | 0 | | |

| | |
|---|---|
| Multiple HOA's: | HOA/Mgmt Company 2 | HOA/Mgmt Company 3 |
| HOA/Mgmt Name: | |
| Contact #: | |
| Website: | |
| HOA Type: | |
| Fee: | $275 / Monthly |
| HOA Includes: | |
| Covenants: | |

| | | | |
|---|---|---|---|
| Partial Owner Type: | Not Applicable | Available Week(s): | |
| Owner Type: | | Remarks: | |

**Public Remarks**

NEW LOW PRICE-Great 2bed 3bath condo at Winona Gardens. All appliances, washer, dryer included. Perfect for 1st time Buyers, or Investor...

**Broker Remarks**

Remove shoes if wet please! Refer to HOA website for info, at www.athomenet.com/winonagardens Diane Miller is contact for HOA 303-750-0994

**Directions**

| Listing Agent/Office | | Buyers Agency: | 2.8% |
|---|---|---|---|
| Name: | CHRIS CRUMRINE | Transaction Broker: | 2.8% |
| Office Name: | Brokers Guild Cherry Creek LTD | Variable Comm: | No |
| Office Phone: | 303-988-0123 | Listing Contract: | Exclusive Right |
| Email: | chriscrumrine@comcast.net | Additional Info: | |
| Phone: | 303-263-4048 | Possession: | Day of Closing |
| Mobile: | 303-263-4048 | Submitted Prospect: | No |
| Agent Fax: | | Limited Service: | No |
| Office Fax: | 720-962-9081 | Expiration Date: | |
| Co-Listing Agent/Office | | | |
| Name: | | | |
| Office Phone: | | | |
| Email: | | | |
| Phone: | | | |
| Mobile: | | | |



| Loan# | | | | | | |
|---|---|---|---|---|---|---|
| Project Name | | | Completion Date | 09/26/2014 | | |
| Inspection Type | Exterior | | Borrower Name | ANDY SCHEER | | |
| Street Address | 1035 Tennyson St | | | | | |
| City | Denver | | State | CO | Zip | 80204 |

## Comparable Listing 1 - Page 2 of 2

Showing Phone: **855-746-9451**
Showing Email: **showings@showingtime.com**
Showing Notes:
No Show Until:

**Broker-Only Report.  Not intended for public display.**



| Loans | | | | | | |
|---|---|---|---|---|---|---|
| Project Name | | | Completion Date | 09/26/2014 | | |
| Inspection Type | Exterior | | Borrower Name | ANDY SCHEER | | |
| Street Address | 1035 Tennyson St | | | | | |
| City | Denver | State | | CO | Zip | 80204 |

## COMPARABLE LISTING 2



INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
www.AssetVal.com - (800) 560-7350



| Loan# | | | | | |
|---|---|---|---|---|---|
| Project Name | | | Completion Date | 09/26/2014 | |
| Inspection Type | Exterior | | Borrower Name | ANDY SCHEER | |
| Street Address | 1035 Tennyson St | | | | |
| City | Denver | State | CO | Zip | 80204 |

## Comparable Listing 2 - Page 1 of 2





| Loan | | | | | | |
|---|---|---|---|---|---|---|
| Project Name | | | Completion Date | 09/26/2014 | | |
| Inspection Type | Exterior | | Borrower Name | ANDY SCHEER | | |
| Street Address | 1035 Tennyson St | | | | | |
| City | Denver | State | | CO | Zip | 80204 |

## Comparable Listing 2 - Page 2 of 2

Showing Phone:  303-573-7469
Showing Email:
Showing Notes:
No Show Until:

**Broker-Only Report.   Not intended for public display.**



| Loan# | | | | |
|---|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 | |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER | |
| Street Address | 1035 Tennyson St | | | |
| City | Denver | State | CO | Zip | 80204 |

### COMPARABLE LISTING 3





| Loan# | | | |
|---|---|---|---|
| Project Name | | Completion Date | 09/26/2014 |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER |
| Street Address | 1035 Tennyson St | | |
| City | Denver | State | CO | Zip | 80204 |

Comparable Listing 3 - Page 1 of 2





| Loan# | | Completion Date | 09/26/2014 |
|---|---|---|---|
| Project Name | | | |
| Inspection Type | Exterior | Borrower Name | ANDY SCHEER |
| Street Address | 1035 Tennyson St | | |
| City | Denver | State | CO | Zip | 80204 |

## Comparable Listing 3 - Page 2 of 2

Office Fax:        303-796-0203
Co-Listing Agent/Office
Name:
Office Name:
Email:
Phone:
Mobile:

Expiration Date:

Showing Phone:  303-573-7469
Showing Email:
Showing Notes:
No Show Until:

**Broker-Only Report.  Not intended for public display.**